### MARY BLANK v. HENRY G. ALTENAU.

HOMESTEAD—ENFORCING JUDGMENT LIEN—SUBROGATION.

A judgment lien becomes enforcible upon sale of a homestead, but a purchaser having paid back taxes and an old mortgage should be subrogated to such claims.

ERROR to the Court of Common Pleas of Hamilton county.

BY THE COURT.

The plaintiff below sued on a judgment against Sarah Brown, obtained during the January term, 1897, upon which there is an unsatisfied balance of $296.31. He claimed that this judgment became a lien on property on Price Hill, sold and transferred during that term of court to the present plaintiff in error. The court below sustained a demurrer to the purchaser's answer, and granted a decree for sale.

The reviewing court holds that Sarah Brown lost her right of homestead by the transfer; that the judgment is a lien on the property in question; but the purchaser having paid back-taxes and an old mortgage, is subrogated to those claims.

Judgment reversed, demurrer overruled and cause remanded for further proceedings.

*Louis J. Dolle*, for plaintiff in error.

*Charles F. Droste*, contra.